# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 108.0.165.138 | Verizon Online | 2011-05-22 04:42:52 PM |
| 108.13.15.26 | Verizon Online | 2011-06-13 05:31:38 PM |
| 128.9.184.231 | University of Southern California | 2011-06-06 08:49:44 PM |
| 173.51.208.84 | Verizon Online | 2011-05-06 06:32:46 PM |
| 173.51.29.87 | Verizon Online | 2011-05-26 10:35:11 PM |
| 173.60.184.120 | Verizon Online | 2011-05-08 10:09:08 AM |
| 174.65.113.139 | Cox Communications | 2011-06-07 10:08:19 PM |
| 174.65.149.114 | Cox Communications | 2011-05-22 03:09:00 AM |
| 205.201.167.39 | Airband Communication | 2011-06-10 11:29:38 PM |
| 24.10.122.169 | Comcast Cable Communications | 2011-05-03 03:27:18 PM |
| 24.130.113.37 | Comcast Cable Communications | 2011-05-06 01:05:52 AM |
| 24.130.32.42 | Comcast Cable Communications | 2011-06-20 10:22:58 PM |
| 24.205.132.52 | Charter Communications | 2011-06-07 12:09:22 AM |
| 24.23.240.110 | Comcast Cable Communications | 2011-06-16 03:21:26 AM |
| 24.5.215.1 | Comcast Cable Communications | 2011-05-04 02:05:11 PM |
| 24.5.37.218 | Comcast Cable Communications | 2011-06-17 10:57:53 PM |
| 24.6.231.219 | Comcast Cable Communications | 2011-06-19 04:31:44 AM |
| 24.7.33.27 | Comcast Cable Communications | 2011-05-11 01:03:32 AM |
| 24.7.47.199 | Comcast Cable Communications | 2011-05-26 11:30:41 PM |
| 63.249.113.222 | Sonoma Interconnect | 2011-05-12 06:54:24 AM |
| 65.78.177.249 | Surewest | 2011-06-20 02:14:15 AM |
| 66.169.236.141 | Charter Communications | 2011-06-26 10:21:27 AM |
| 66.214.112.151 | Charter Communications | 2011-05-28 03:35:35 AM |
| 66.214.234.106 | Charter Communications | 2011-06-16 08:00:27 AM |
| 66.245.20.12 | New Edge Networks | 2011-06-01 11:17:42 PM |
| 66.91.250.177 | Road Runner | 2011-06-06 08:19:29 AM |
| 67.101.170.253 | Covad Communications | 2011-05-08 10:57:11 AM |
| 67.127.191.189 | AT&T Internet Services | 2011-05-06 11:59:04 AM |
| 67.164.65.109 | Comcast Cable Communications | 2011-06-22 05:57:39 AM |
| 67.169.108.62 | Comcast Cable Communications | 2011-05-04 06:36:30 PM |
| 67.169.37.15 | Comcast Cable Communications | 2011-07-12 02:10:44 PM |
| 67.170.218.128 | Comcast Cable Communications | 2011-06-26 01:10:49 PM |
| 67.172.120.209 | Comcast Cable Communications | 2011-05-24 12:14:41 AM |
| 67.172.165.137 | Comcast Cable Communications | 2011-05-16 09:46:48 AM |
| 67.174.230.185 | Comcast Cable Communications | 2011-05-03 02:50:18 PM |
| 67.180.92.121 | Comcast Cable Communications | 2011-05-06 09:41:51 PM |
| 67.187.236.39 | Comcast Cable Communications | 2011-06-10 11:49:30 PM |
| 67.188.158.120 | Comcast Cable Communications | 2011-05-29 07:27:23 AM |
| 67.188.33.239 | Comcast Cable Communications | 2011-05-16 12:46:02 AM |
| 67.188.4.57 | Comcast Cable Communications | 2011-05-26 10:31:09 PM |
| 68.109.194.126 | Cox Communications | 2011-06-29 12:09:50 AM |
| 68.4.204.197 | Cox Communications | 2011-05-10 08:25:05 AM |
| 68.96.80.32 | Cox Communications | 2011-05-18 08:32:59 PM |
| 70.187.176.205 | Cox Communications | 2011-05-16 07:23:06 PM |
| 71.102.16.195 | Verizon Online | 2011-06-06 05:46:23 AM |
| 71.118.201.117 | Verizon Online | 2011-05-20 03:28:50 AM |

| IP Address | ISP | Date/Time |
|---|---|---|
| 71.129.52.241 | AT&T Internet Services | 2011-05-28 04:43:26 PM |
| 71.130.206.215 | AT&T Internet Services | 2011-05-04 02:05:40 PM |
| 71.131.8.149 | AT&T Internet Services | 2011-07-06 12:47:04 PM |
| 71.132.210.180 | AT&T Internet Services | 2011-05-07 09:12:48 PM |
| 71.193.23.169 | Comcast Cable Communications | 2011-06-13 09:04:16 PM |
| 71.193.51.37 | Comcast Cable Communications | 2011-05-05 12:34:10 AM |
| 71.198.51.242 | Comcast Cable Communications | 2011-05-23 06:47:46 AM |
| 71.202.152.239 | Comcast Cable Communications | 2011-05-23 06:12:14 AM |
| 71.84.5.231 | Charter Communications | 2011-05-04 02:20:43 PM |
| 72.134.40.218 | Road Runner | 2011-05-31 09:10:20 PM |
| 72.194.74.30 | Cox Communications | 2011-06-19 09:41:21 PM |
| 72.207.45.186 | Cox Communications | 2011-06-14 01:02:51 PM |
| 72.220.13.38 | Cox Communications | 2011-05-05 07:29:08 PM |
| 72.67.18.67 | Verizon Online | 2011-06-20 12:49:09 AM |
| 74.197.244.180 | Suddenlink Communications | 2011-07-12 09:02:44 PM |
| 75.18.216.8 | AT&T Internet Services | 2011-05-21 11:48:28 PM |
| 75.208.97.85 | Cellco Partnership | 2011-06-03 02:46:35 AM |
| 75.214.12.39 | Cellco Partnership | 2011-05-19 12:22:07 AM |
| 75.36.148.173 | AT&T Internet Services | 2011-05-16 01:17:41 AM |
| 75.36.158.205 | AT&T Internet Services | 2011-05-10 08:52:37 AM |
| 75.4.245.165 | AT&T Internet Services | 2011-05-24 04:31:50 AM |
| 75.6.174.204 | AT&T Internet Services | 2011-05-05 10:02:57 AM |
| 75.79.68.7 | DSL Extreme | 2011-06-03 08:30:43 AM |
| 75.82.167.196 | Road Runner | 2011-06-05 09:27:06 PM |
| 76.102.203.35 | Comcast Cable Communications | 2011-06-29 08:17:15 PM |
| 76.102.232.90 | Comcast Cable Communications | 2011-05-05 07:03:07 PM |
| 76.102.42.71 | Comcast Cable Communications | 2011-05-04 02:04:41 PM |
| 76.103.159.196 | Comcast Cable Communications | 2011-05-08 10:57:04 PM |
| 76.105.13.130 | Comcast Cable Communications | 2011-06-08 11:37:35 PM |
| 76.127.120.41 | Comcast Cable Communications | 2011-05-04 02:21:35 PM |
| 76.14.102.154 | Wave Broadband | 2011-05-22 02:31:25 AM |
| 76.14.55.148 | Wave Broadband | 2011-06-09 03:59:47 AM |
| 76.166.205.67 | Road Runner | 2011-06-24 01:35:19 AM |
| 76.169.43.227 | Road Runner | 2011-06-25 08:15:46 AM |
| 76.172.107.150 | Road Runner | 2011-05-03 02:50:19 PM |
| 76.172.173.125 | Road Runner | 2011-05-16 10:41:50 AM |
| 76.194.215.61 | AT&T Internet Services | 2011-05-06 07:50:57 AM |
| 76.91.124.136 | Road Runner | 2011-06-23 06:10:04 AM |
| 96.251.130.30 | Verizon Online | 2011-06-10 08:23:15 AM |
| 96.40.97.199 | Charter Communications | 2011-05-25 02:42:50 PM |
| 98.112.160.146 | Verizon Online | 2011-06-27 04:18:03 PM |
| 98.150.27.151 | Road Runner | 2011-06-17 01:53:38 AM |
| 98.154.207.151 | Road Runner | 2011-05-11 09:44:18 AM |
| 98.155.66.26 | Road Runner | 2011-05-23 07:03:45 AM |
| 98.210.13.174 | Comcast Cable Communications | 2011-05-06 10:57:32 AM |
| 98.210.143.5 | Comcast Cable Communications | 2011-05-16 09:45:18 AM |
| 98.210.44.75 | Comcast Cable Communications | 2011-06-19 06:13:39 PM |

| | | |
|---|---|---|
| 98.238.137.246 | Comcast Cable Communications | 2011-06-15 09:42:38 PM |
| 98.242.14.231 | Comcast Cable Communications | 2011-06-08 03:45:58 PM |