1   Brett L. Gibbs, Esq. (SBN 251000)
    Steele Hansmeier PLLC.
2   38 Miller Avenue, #263
    Mill Valley, CA 94941
3   415-325-5900
    blgibbs@wefightpiracy.com
4
    *Attorney for Plaintiff*
5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         NORTHERN DISTRICT OF CALIFORNIA

9

10  FIRST TIME VIDEOS, LLC,              )    **Case No.**
                                         )
11              Plaintiff,               )
                                         )
12       v.                              )    **CORPORATE PARTY DISCLOSURE**
                                         )    **STATEMENT AND CERTIFICATION OF**
13  DOES 1-95,                           )    **INTERESTED ENTITIES OR PERSONS**
                                         )
14              Defendants.              )
                                         )
15  _____ )

16

17          **CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF**
18                       **INTERESTED ENTITIES OR PERSONS**

19

20          Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of

21  record, hereby submits that First Time Videos, LLC, does not have a parent corporation that owns

22  10% or more of its stock.

23          Pursuant to Northern District of California Local Rule 3-16, upon information and belief, the

24

25  undersigned believes there are no known persons, associations of persons, firms, partnerships,

26  corporations (including parent corporations), or other entities (other than the parties themselves) that

27  may have personal or affiliated financial interest in the subject matter in controversy, or any other

28  kind of interest that could be substantially affected by the outcome of the proceeding other than the

1    parties.   In other words, pursuant to L.R. 3-16, the undersigned certifies that as of this date, other

2    than the named parties, there is no such interest to report.

3

4                                              Respectfully Submitted,

5                                              Steele Hansmeier PLLC.

6

7    **DATED:  August 3, 2011**

8                                 By:      /s/  Brett L. Gibbs

9                                          Brett L. Gibbs, Esq. (SBN 251000)
                                           Steele Hansmeier PLLC.
10                                         38 Miller Avenue, #263
                                           Mill Valley, CA 94941
11                                         blgibbs@wefightpiracy.com
                                           *Attorney for Plaintiff*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORPORATE AND INTERESTED PARTY DISCLOSURE                Case No.