UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST TIME VIDEOS, LLC,<br>　　　　　　　Plaintiff(s), | CASE NO. 11-3822 |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| DOES 1-95,<br>　　　　　　　Defendant(s). | |

Counsel report that they have met and conferred regarding ADR and that they:

X    not yet reached an agreement to an ADR process

☐    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    NOVEMBER 10, 2011

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| BRETT GIBBS | FTV, LLC | 415-341-5318 | BLGIBBS@WEFIGHTPIRACY.COM |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: 11-4-11                                     /s/ Brett L. Gibbs, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:                                             _____
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled