Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FIRST TIME VIDEOS, LLC, | ) | **No. C-11-03822 MEJ** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ~~**[PROPOSED]**~~ **ORDER GRANTING** |
| | ) | **PLAINTIFF'S MOTION FOR** |
| DOES 1-95, | ) | **LEAVE TO CONTINUE INITIAL** |
| | ) | **CASE MANAGEMENT CONFERENCE** |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On November 4, 2011, Plaintiff filed a Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that to account for reasonable delays in identifying Doe Defendants, the case management currently scheduled for November 10, 2011, is continued to **Thursday, February 16, 2012, at 10:00 a.m. on the 15th Floor in Courtroom B of the San Francisco Federal Court.**

DATED: ___November 7, 2011___

_____
Maria-Elena James
United States Magistrate Judge