CHAMBERS
PLAINTIFF

## CERTIFICATE OF SERVICE

*Use this form to show that a paper or document (other than a complaint) was served (sent or delivered) to an opposing party in accordance with Federal Rule of Civil Procedure 5. A different form is needed to serve a complaint under Federal Rule of Civil Procedure 4.*

**Case name:** FIRST TIME VIDEOS, LLC VS DOES 1-95

**Case number:** 3:11-CV-03822-MEJ

**What document was served?** *(Write the full name or title of the document or documents, e.g., "Plaintiff's Opposition to Defendant's Motion for Summary Judgment.")*

**Title(s):** MOTION TO QUASH OR MODIFY SUBPOENA

**How was the document served?** *(Check one.)*
- ☐ Placed in U. S. Mail
- ☐ Sent by fax
- ☐ Hand-delivered
- ☒ Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?** *(Write the full name, address, and fax number of everyone who was sent the document. Usually, they will be the lawyers for the opposing parties.)*

STEELE HANSMEIER PLLC

161 N CLARK STREET, STE 3200

CHICAGO, IL 60601

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: NOV-7-2011

**Who served the documents?** *(Who put it into the mail, faxed it, hand-delivered it, or sent it by delivery service? That person should print his/her name and address and sign below.)*

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature:

Printed name: JOHN DOE

Address: BOX 305E, 2100 SEAPORT BLVD, REDWOOD CITY CA 94063

CERTIFICATE OF SERVICE [VLSP TEMPLATE]