Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, <br><br> Plaintiff, <br> v. <br> DOES 1-95, <br><br> Defendants. | No. C-11-03822 MEJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE ONLY AS TO TWO ANONYMOUS DOE DEFENDANTS** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE ONLY AS TO TWO ANONYMOUS DOE DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses all claims with prejudice brought in this action against two (2) anonymous Doe Defendant associated with the following Internet Protocol addresses: 96.251.130.30 and 173.60.184.120, which were both issued by Verizon Online.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff still maintains its claims against the other active anonymous Doe Defendant(s) remaining in this action, and reserves the right to name such individuals and/or serve them when in possession of their identifying information in this case.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: December 2, 2011**

By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.