| No | IP Address | ISP | Case | CaseNo | Filed | Discovery Requested | Discovery Granted | Subpoena Issue | Subpoena Due | Subpena Returned |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 108.0.165.138 | Verizon Online | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 2 | 108.13.15.26 | Verizon Online | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 3 | 128.9.184.231 | University of Southern California | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | | |
| 4 | 173.51.208.84 | Verizon Online | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 5 | 173.51.29.87 | Verizon Online | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 6 | 173.60.184.120 | Verizon Online | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 7 | 174.65.113.139 | Cox Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 8 | 174.65.149.114 | Cox Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 9 | 205.201.167.39 | Airband Communication | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 10 | 24.10.122.169 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 11 | 24.130.113.37 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 12 | 24.130.32.42 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 13 | 24.205.132.52 | Charter Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 14 | 24.23.240.110 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 15 | 24.5.215.1 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 16 | 24.5.37.218 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 17 | 24.6.231.219 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 18 | 24.7.33.27 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 19 | 24.7.47.199 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 20 | 63.249.113.222 | Sonoma Interconnect | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 21 | 65.78.177.249 | Surewest | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 22 | 66.169.236.141 | Charter Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 23 | 66.214.112.151 | Charter Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 24 | 66.214.234.106 | Charter Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 25 | 66.245.20.12 | New Edge Networks | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | | |
| 26 | 66.91.250.177 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | | |
| 27 | 67.101.170.253 | Covad Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 28 | 67.127.191.189 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 29 | 67.164.65.109 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 30 | 67.169.108.62 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 31 | 67.169.37.15 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 32 | 67.170.218.128 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 33 | 67.172.120.209 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 34 | 67.172.165.137 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 35 | 67.174.230.185 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 36 | 67.180.92.121 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 37 | 67.187.236.39 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 38 | 67.188.158.120 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 39 | 67.188.33.239 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 40 | 67.188.4.57 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 41 | 68.109.194.126 | Cox Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 42 | 68.4.204.197 | Cox Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 43 | 68.96.80.32 | Cox Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 44 | 70.187.176.205 | Cox Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 45 | 71.102.16.195 | Verizon Online | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 46 | 71.118.201.117 | Verizon Online | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 47 | 71.129.52.241 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 48 | 71.130.206.215 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 49 | 71.131.8.149 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 50 | 71.132.210.180 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 51 | 71.193.23.169 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 52 | 71.193.51.37 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 53 | 71.198.51.242 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 54 | 71.202.152.239 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 55 | 71.84.5.231 | Charter Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 56 | 72.134.40.218 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | | |
| 57 | 72.194.74.30 | Cox Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 58 | 72.207.45.186 | Cox Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 59 | 72.220.13.38 | Cox Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 60 | 72.67.18.67 | Verizon Online | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 61 | 74.197.244.180 | Suddenlink Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 62 | 75.18.216.8 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 63 | 75.208.97.85 | Cellco Partnership | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 64 | 75.214.12.39 | Cellco Partnership | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 65 | 75.36.148.173 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 66 | 75.36.158.205 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 67 | 75.4.245.165 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 68 | 75.6.174.204 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 69 | 75.79.68.7 | DSL Extreme | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 70 | 75.82.167.196 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | |
| 71 | 76.102.203.35 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 72 | 76.102.232.90 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 73 | 76.102.42.71 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 74 | 76.103.159.196 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 75 | 76.105.13.130 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 76 | 76.127.120.41 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 77 | 76.14.102.154 | Wave Broadband | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 78 | 76.14.55.148 | Wave Broadband | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 79 | 76.166.205.67 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | |
| 80 | 76.169.43.227 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | |
| 81 | 76.172.107.150 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | |
| 82 | 76.172.173.125 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | |
| 83 | 76.194.215.61 | AT&T Internet Services | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 84 | 76.91.124.136 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | |
| 85 | 96.251.130.30 | Verizon Online | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 86 | 96.40.97.199 | Charter Communications | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 87 | 98.112.160.146 | Verizon Online | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 88 | 98.150.27.151 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | |
| 89 | 98.154.207.151 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | |
| 90 | 98.155.66.26 | Road Runner | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | | |
| 91 | 98.210.13.174 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 92 | 98.210.143.5 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 93 | 98.210.44.75 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 94 | 98.238.137.246 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |
| 95 | 98.242.14.231 | Comcast Cable Comm's | First Time Videos, LLC. v. Does 1-95 | 5:11-cv-03822-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 |