Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, ) <br> ) <br>       Plaintiff, ) <br>   v. ) <br> ) <br> DOES 1-95, ) <br> ) <br>       Defendants. ) <br> ) <br>                                           ) | **No. C-11-03822 MEJ** <br><br> **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELEIF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff First Time Productions, LLC, by and through its undersigned counsel, and pursuant to Northern District of California Local Rule (hereinafter "L.R.") 7-11, hereby moves this Court for administrative relief for an order continuing the initial case management conference for good cause. Per the Court's Order Resetting CMC, the Initial Case Management Conference (hereinafter "ICMC") is scheduled for February 16, 2012. (ECF No. 16.) The preceding Case Management Conference Statement is due February 9, 2012. Plaintiff's counsel will be out of the country during that time, and therefore would be unable to submit the Case Management Conference Statement by the required date. As such, Plaintiff hereby requests a short continuance to allow Plaintiff to file the

appropriate case management documents for the Court. Plaintiff believes that this is sufficient good cause for a continuance of the scheduled ICMC.

For the forgoing reasons, Plaintiff respectfully requests that this Court continue the ICMC to **Thursday, February 23, 2012, at 10:00 a.m. on the 15th Floor in Courtroom B of the San Francisco Federal Court**, or to a later date that is in accordance with this Court's schedule. This continuance will allow Plaintiff's counsel to attend the ICMC hearing and file the necessary documents leading up to it.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: January 26, 2012**

By: ____/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.