Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, | No. C-11-03822 MEJ |
| Plaintiff, | |
| v. | **[PROPOSED]** **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| DOES 1-95, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On January 26, 2012, Plaintiff filed a Motion for Administrative Relief for Leave to Continue the Initial CMC. (ECF No. 27.) For good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for February 16, 2012, is continued to **Thursday, February 23, 2012, at 10:00 a.m. on the 15th Floor in Courtroom B of the San Francisco Federal Court.**

DATED: 1/30/2012                                          _____
                                                          Chief United States Magistrate Judge
                                                          Maria-Elena James